# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ERIC R. BURROWS,<br><br>                              Plaintiff,<br>v.<br><br>JOEL CLARK and CAMERON STEWART,<br><br>                            Defendants. | Case No. 18-CV-48-JPS<br><br>**ORDER** |

On March 14, 2018, the parties filed a joint stipulation of dismissal of this action without prejudice and without costs assessed to either party. (Docket #16). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #16) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED without prejudice.**

Dated at Milwaukee, Wisconsin, this 15th day of March, 2018.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge